## UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**
                      **Plaintiff,**

      v.

**DAWN MARIE GALE,**
                      **Defendant.**

Case No. MJ11-5169

**DETENTION ORDER**

**THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds as follows:**

**1) No condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person or the community. This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.**

**2) No less restrictive condition or combination of conditions will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community, including but not limited to those conditions set forth in 18 U.S.C. 3142(c)(1)(B).**

**3) <u>Detention is presumed, without adequate rebuttal, pursuant to 18 U.S.C 3142(e) (if noted as applicable below):</u>**
   ( )    **Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(e)(f)**
   ( )    **Potential maximum sentence of life imprisonment or death. 18 U.S.C.§3142(e)(f)**

**4) <u>Safety Reasons Supporting Detention</u> (if noted as applicable below):**
   ( )    **Defendant is currently on probation/supervision resulting from a prior offense.**
   ( )    **Defendant was on bond on other charges at time of alleged occurrences herein.**
   ( )    **Defendant's prior criminal history.**

**<u>Flight Risk/Appearance Reasons Supporting Detention</u> (if noted as applicable below):**
   (X)    **Court deems the defendant to be both a flight and community risk.**
   (X)    **Defendant's admitted substance abuse issues.**
   ( )    **Detainer(s)/Warrant(s) from other jurisdictions.**
   ( )    **Failures to appear for past court proceedings.**
   ( )    **Repeated violations of court orders for supervision.**

*Order of Detention*

**The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, without prejudice to review.**
▸     **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**
▸     **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.**

**August 25, 2010.**

*[signature]*
_____
J. Richard Creatura, United States Magistrate Judge

**DETENTION ORDER**

**Page - 1**